The Law Offices of Avrum J. Rosen, PLLC
Attorneys for Richard L. Stern, Trustee
38 New Street
Huntington, New York 11743
Fred S. Kantrow
Avrum J. Rosen

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **12/17/09** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

------------------------------------------------------------x

In re:

        JACK NAGHASH,

                      Debtor.

Chapter 7
Case No.: 06-72738-dte

------------------------------------------------------------x

**NOTICE OF TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER
EXPUNGING PROOFS OF CLAIM NOS. 7, 8, 9, 10 and 11
<u>AS LATE FILED CLAIMS</u>**

     **PLEASE TAKE NOTICE THAT** Richard L. Stern, Esq., as chapter 7 trustee (the "Trustee") of the estate of Jack Naghash, (the "Debtor"), by and through his counsel, The Law Offices of Avrum J. Rosen, PLLC, shall move before the Hon. Dorothy T. Eisenberg, United States Bankruptcy Judge, on **DECEMBER 17, 2009 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed to the application, expunging proofs of claim nos. 7, 8, 9, 10 and 11 as being late filed and untimely claims, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 760.

     **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with General Order #462, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS

text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with General Order #462, and upon The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743 and the Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, to the attention of Stan Yang, Esq., so as to be received by no later than 4:00 p.m. on December 14, 2009.

Dated: Huntington, New York
November 13, 2009

                                  The Law Offices of Avrum J. Rosen, PLLC
                                  Counsel to the Trustee

BY:   S/Fred S. Kantrow
        Fred S. Kantrow
        38 New Street
        Huntington, New York 11743
        631 423 8527
        Fkantrow@avrumrosenlaw.com